James Coates pleaded guilty to cocaine trafficking and to two counts of cocaine possession. Coates's guilty plea waived any errors that may have occurred when the trial court denied his three motions to suppress. See State v. Elliott (1993), 86 Ohio App.3d 792, 621 N.E.2d 1272; Huber Heights v. Duty (1985), 27 Ohio App.3d 244, 500 N.E.2d 339; State v. Simpson (Oct. 18, 1995), Hamilton App. No. C-940998, unreported; State v. Whiting (Jan. 11, 1995), Hamilton App. No. 940149, unreported. Thus, we overrule Coates's assignment of error and affirm the judgment of the trial court.
Further, a certified copy of this Judgment Entry shall constitute the mandate, which shall be sent to the trial court under App.R. 27. Costs shall be taxed under App.R. 24.
Painter, P.J., Sundermann and Winkler, JJ.
__________________________ Presiding Judge